# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

FREDERICK JOHN GAILOR, JR.

    Plaintiff,

v.   CASE NO. 3:20cv5987-MCR-EMT

UNITED STATES GOVERNMENT, et al.,

    Defendants.

_____/

# **O R D E R**

The chief magistrate judge issued a Report and Recommendation on December 17, 2020.  ECF No. 5.  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation, ECF No. 5, is adopted and incorporated by reference in this Order.

2. The case is **DISMISSED** without prejudice as frivolous.

3. The clerk of court is directed to close the file.

**DONE AND ORDERED** this 1st day of February 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**